# Exhibit 4

| | |
|---|---|
| **DISTRICT COURT, LARIMER COUNTY, COLORADO**<br>201 La Porte Avenue, Suite 100<br>Fort Collins, Colorado 80521 | |
| **Plaintiff:**<br>CITY OF FORT COLLINS, a Colorado home rule municipality,<br><br>v.<br><br>**Defendants:**<br>OPEN INTERNATIONAL, LLC, a Florida limited liability company; OPEN INVESTMENTS, LLC, a Florida limited liability company | ▲ COURT USE ONLY ▲ |
| **Attorneys for Defendants**<br>Paul D. Swanson (Atty. No. 50923)<br>Hannah E. Armentrout (Atty. No. 53990)<br>HOLLAND & HART LLP<br>555 17th Street, Suite 3200<br>Denver, Colorado 80202<br>P: (303) 295-8578<br>F: (303) 416-8814<br>E-Mail: pdswanson@hollandhart.com<br>          hearmentrout@hollandhart.com | Case Number: 2021CV30475<br><br>Division 4B |
| **NOTICE OF FILING OF NOTICE OF REMOVAL** ||

TO:   THE CLERK OF THE DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO

PLEASE TAKE NOTICE that on July 30, 2021, Defendants Open International, LLC and Open Investments, LLC filed a Notice of Removal in the above-captioned matter in the United States District Court for the District of Colorado.  A copy of this Notice of Removal (with exhibits) is attached as Exhibit A.

PLEASE FURTHER TAKE NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Filing of Notice of Removal effects removal of this action and "the State court shall proceed no further unless and until the case is remanded."

DATED:  July 30, 2021.

Respectfully submitted,

*s/ Paul D. Swanson*

Paul D. Swanson, #50923

Hannah E. Armentrout, #53990

HOLLAND & HART LLP

**ATTORNEYS FOR DEFENDANTS**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 30, 2021, I caused to be served a copy of the foregoing document to the following by:

☐     U.S. Mail, postage prepaid
☐     Hand Delivery
☐     Electronic Mail
☒     Electronic Service via Colorado Courts E-Filing

Case Collard, Colo. Reg. No. 40692
Andrea Ahn Wechter, Colo. Reg. No. 43722
Maral J. Shoaei, Colo. Reg. No. 50115
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Tel.: (303) 629-3400
Fax: (303) 629-3450
Email: collard.case@dorsey.com
Email: wechter.andrea@dorsey.com
Email: shoaei.maral@dorsey.com

*Attorneys for Plaintiff City of Fort Collins*

*s/Paul D. Swanson*

17148610_v1