IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:21-cv-2063-CNS-SP | Date: May 25, 2023 |
| Courtroom Deputy: Camden Pommenville | FTR: Courtroom C205 |

*Parties:* — *Counsel:*

CITY OF FORT COLLINS

Case L. Collard
John R. Duval
Maral Shoaei

Plaintiff/Counterclaim Defendant,

v.

OPEN INTERNATIONAL, LLC

Paul Douglas Swanson
Anna C. Van de Stouwe

Defendant/Counterclaim Plaintiff,

And

OPEN INVESTMENTS, LLC

   Defendant.

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**2:59 p.m.**     **Court in session.**

Appearances of counsel.

Court gives a preliminary review of the current state of the case.

Parties discuss issues outlined in Parties' Briefs.

The Court will take the issues under advisement and enter a written order.

**4:01 p.m.**     **Court in recess.**

Hearing concluded.

Total time in court:     1:02

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.