IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:   21-cv-02063-CNS-SBP | Date: November 2, 2023 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| CITY OF FORT COLLINS | *Case Collard* |
| | *John Duval* |
| | *Maral Shoaei* |
| | *Andrea Wechter* |
| **Plaintiff/Counter Defendant** | |
| v. | |
| OPEN INTERNATIONAL LLC | *Kevin McAdam* |
| OPEN INVESTMENTS LLC | *Alexandria Pierce* |
| | *Paul Swanson* |
| | *Alexander White* |
| **Defendant/Counter Claimant** | |

## COURTROOM MINUTES

**JURY TRIAL DAY NINE**

Off record: ORDERED: Lunch to be provided to jurors today and throughout deliberations.

**Court in Session: 8:24 a.m.**

Jury instructions reviewed and ruled upon as stated on the record.

Jury present.

Defense witness, Tom Hickman, called and sworn.

9:07 a.m.     Direct examination of Mr. Hickman by Mr. McAdam.

9:18 a.m.     Cross examination of Mr. Hickman by Ms. Wechter.

Defense rests.

**ORDERED:   Evidence is CLOSED.**

Jury excused.

Argument given on Plaintiff's Motion for Judgment as a Matter of Law Under Rule 50 by Ms. Wechter and Mr. Swanson.

As outlined on the record, it is

**ORDERED:   Plaintiff's Motion for Judgment as a Matter of Law Under Rule 50 is DENIED in part and GRANTED in part.**

Argument given on Defendant's Motion for Judgment as a Matter of Law Under Rule 50 by Mr. Swanson and Ms. Wechter.

As outlined on the record, it is

**ORDERED:   Defendant's Oral Motion for Judgment as a Matter of Law Under Rule 50 and written motion at ECF No. 282 is DENIED in part and GRANTED in part.**

| | |
|---|---|
| **9:49 a.m.** | **Court in recess.** |
| **10:35 a.m.** | **Court in session.** |

Discussion held on part one of the jury instructions.

Jury instructed.

| | |
|---|---|
| 11:04 a.m. | Closing argument by Mr. Collard. |
| 11:48 a.m. | Closing argument by Mr. Swanson. |
| 12:30 p.m. | Rebuttal closing argument by Mr. Collard. |

Bailiff sworn.   Jury excused to begin deliberations.

| | |
|---|---|
| **12:41 p.m.** | **Court in recess.** |
| **3:08 p.m.** | **Court in session.** |

Jury deliberation question reviewed.

Jury present.

Jury deliberation question answered.

Jury excused to continue deliberations.

**3:14 p.m.      Court in recess.**
**3:51 p.m.      Court in session.**

Discussion held on jury instructions and deliberation question.

Court in Recess:  3:55 p.m.          Trial continued.          Total time in Court:  03:41

Clerk's note:   Jury left at 5:00 p.m. and will continue deliberations tomorrow at 8:00 a.m.