IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:  21-cv-02063-CNS-SBP | Date:  November 3, 2023 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| CITY OF FORT COLLINS | *Case Collard* |
| | *John Duval* |
| | *Maral Shoaei* |
| | *Andrea Wechter* |
| **Plaintiff/Counter Defendant** | |
| v. | |
| OPEN INTERNATIONAL LLC | *Kevin McAdam* |
| OPEN INVESTMENTS LLC | *Alexandria Pierce* |
| | *Paul Swanson* |
| | *Alexander White* |
| **Defendant/Counter Claimant** | |

## COURTROOM MINUTES

**JURY TRIAL DAY TEN**

**Court in Session:  10:11 a.m.**

Jury deliberation questions reviewed.

Jury present.

Deliberation questions answered.

Jury excused to continue deliberations.

**10:45 a.m.      Court in recess.**
**12:49 p.m.      Court in session.**

Discussion held on partial jury verdict.

**12:52 p.m.**      **Court in recess.**
**1:09 p.m.**       **Court in session.**

Discussion held on how to proceed.

Jury present.

Jury instructed and excused to continue deliberations.

Discussion held on the Rule 50 motions.

**1:17 p.m.**      **Court in recess.**
**2:23 p.m.**      **Court in session.**

Verdict reached.  Verdict found in favor of the plaintiff, see verdict for details.

Jury excused.

Discussion held on Oral Argument.  Parties are to email Chambers as to which date works best by Monday November 6, 2023.

Court in Recess:  2:36 p.m.            Trial concluded.            Total time in Court:  00:58

Clerk's note:   Exhibits and depositions returned to counsel or a representative of counsel.  Counsel to retain exhibits and depositions until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.