Question for Court

1. What is the difference between Fraudulent Inducement and negligent misrepresentations?

Can you define Fraud for us?

[Juror names redacted]

How can you be both negligent in representation while also intending to fraudulently induce?

Could you please expand on Instruction no. 25?
What does the "claimed negligent misrepresentation" refer to?