IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02063-CNS-SBP

CITY OF FORT COLLINS,
    Plaintiff/Counterclaim Defendant,

v.

OPEN INTERNATIONAL, LLC,
    Defendant/Counterclaim Plaintiff,

and

OPEN INVESTMENTS, LLC,
    Defendant.

## NOTICE OF APPEAL

Pursuant to Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Defendants Open International, LLC and Open Investments, LLC file this Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the Final Judgment entered on March 26, 2024 (Dkt. No. 329), the Amended Final Judgment entered on March 28, 2024 (Dkt. No. 332), and all adverse rulings subsumed therein.

Respectfully Submitted,

*/s/ Jeffrey Sandman*
Laurie.Daniel@webbdaniel.law
Jeff.Sandman@webbdaniel.law
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE
Suite 2450
Atlanta, Georgia 30309

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this April 17, 2024, the foregoing was electronically filed with the Clerk of Court using the Court's electronic filing system and that a copy of the foregoing was sent to all counsel of record via same in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

*/s/ Jeffrey Sandman*
WEBB DANIEL FRIEDLANDER LLP