IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:   21-cv-02063-CNS-SBP | Date:  August 15, 2024 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| CITY OF FORT COLLINS | *Case Collard* |
| | *John Duval* |
| | *Andrea Wechter* |
| **Plaintiff/Counter Defendant** | |
| **v.** | |
| OPEN INTERNATIONAL LLC | *Laurie Daniel* |
| OPEN INVESTMENTS LLC | *Jeffrey Sandman* |
| | *Paul Swanson* |
| **Defendant/Counter Claimant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

**Court in Session:**  1:01 p.m.

Appearance of counsel. Also present at the plaintiff's table is City Attorney Carrie Daggett; also present at defense table is client representative William Corredor.

Argument as to [302] Defendants' Rule 50(b) Renewed Motion for Judgment as a Matter of Law given by Ms. Daniel, Ms. Wechter, and Mr. Collard.

As outlined on the record, it is

**ORDERED:   [302] Defendants' Rule 50(b) Renewed Motion for Judgment as a Matter of Law is DENIED.**

Argument as to [347] Defendants' Post-Trial Motions Pursuant to Rule 50(b), Rule 52, and Rule 59(e), and Rule 59(a) given by Ms. Daniel and Mr. Collard.

As outlined on the record, it is

**ORDERED:   [347] Defendants' Post-Trial Motions Pursuant to Rule 50(b), Rule 52(b), Rule 59(e), and Rule 59(a) is DENIED.**

The Court will enter a text-only order fixing the original judgment amount, noting that the amended judgment is correct.

Court in Recess: 2:31 p.m.          Hearing concluded          Total time in Court:  01:30