# Exhibit 1

**Collard, Case**

| | |
|---|---|
| **From:** | Collard, Case |
| **Sent:** | Sunday, February 2, 2025 8:32 PM |
| **To:** | 'Laurie Daniel' |
| **Cc:** | Wechter, Andrea; Shoaei, Maral; Oie, Josh; Garza, Brittany; Jeff Sandman |
| **Subject:** | RE: Conferral - City v Open International - City's Motion to Compel / Rule 26 |

Hi Laurie –

If the question is will we withdraw our motion, the answer is no, we will not.

But I don't agree with your characterization of the conferral requirement and, even under your description, this has not been a meaningful a conferral. Pointing to Rule 26 is not adequate. I genuinely do not know what motion your are considering filing, the basis, the relief you will request, why now (even though the motion has been briefed for almost two months), and why you would not just wait until the Court ruled before taking another step.

You were the one that suggested a phone call and I responded that I could talk Monday morning (which was one of the times you offered). If you no longer want a call, that is fine, but please answer my questions. Thank you.

Case

Case Collard
Dorsey & Whitney LLP
720 839 4353

---

**From:** Laurie Daniel <laurie.daniel@webbdaniel.law>
**Sent:** Friday, January 31, 2025 12:15 PM
**To:** Collard, Case <collard.case@dorsey.com>
**Cc:** Wechter, Andrea <wechter.andrea@dorsey.com>; Shoaei, Maral <Shoaei.Maral@dorsey.com>; Oie, Josh <oie.josh@dorsey.com>; Garza, Brittany <Garza.Brittany@dorsey.com>; Jeff Sandman <jeff.sandman@webbdaniel.law>
**Subject:** RE: Conferral - City v Open International - City's Motion to Compel / Rule 26

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Collard, as I previously told you, the points supporting our request that the City withdraw its motion are set out in our response to the City's motion to compel (attached). Rule 26 provides remedies for unreasonable and burdensome discovery. Judge Prose does not require face-to-face conferrals, and not even a phone call. I gather from your recent email, plus the City's reply to our response, that the City is not going to withdraw its motion. If I am wrong about that, please let me know asap. An email will suffice.

**Laurie Webb Daniel**
WEBB DANIEL FRIEDLANDER LLP
*An Appellate Boutique*
75 14th Street NE
Suite 2450
Atlanta, Georgia 30309
(404) 433-6430 (cell)

1

www.webbdaniel.law

---

**From:** collard.case@dorsey.com <collard.case@dorsey.com>
**Sent:** Friday, January 31, 2025 1:46 PM
**To:** Laurie Daniel <laurie.daniel@webbdaniel.law>
**Cc:** wechter.andrea@dorsey.com; Shoaei.Maral@dorsey.com; oie.josh@dorsey.com; Garza.Brittany@dorsey.com; Jeff Sandman <jeff.sandman@webbdaniel.law>
**Subject:** RE: Conferral - City v Open International - City's Motion to Compel / Rule 26

Hi Laurie –
I'm in a hearing this afternoon and not available.  On Monday I could talk at 10am mountain time.
Case

Case Collard
Dorsey & Whitney LLP
720 839 4353

---

**From:** Laurie Daniel <laurie.daniel@webbdaniel.law>
**Sent:** Thursday, January 30, 2025 8:55 PM
**To:** Collard, Case <collard.case@dorsey.com>
**Cc:** Wechter, Andrea <wechter.andrea@dorsey.com>; Shoaei, Maral <Shoaei.Maral@dorsey.com>; Oie, Josh <oie.josh@dorsey.com>; Garza, Brittany <Garza.Brittany@dorsey.com>; Jeff Sandman <jeff.sandman@webbdaniel.law>
**Subject:** Re: Conferral - City v Open International - City's Motion to Compel / Rule 26

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Please call me tomorrow after 4:00 pm Et 2:00 pm Mt. Thanks.

Laurie Webb Daniel
Webb Daniel Friedlander LLP
75 14th Street NE
Suite 2450
Atlanta, Georgia 30309
404-433-6430

> On Jan 30, 2025, at 4:02 PM, collard.case@dorsey.com wrote:
>
> Hi Laurie –
> I do want to confer on this (as required) but I do not understand what you are asking.  You made arguments in your opposition and we replied seven weeks ago.  Are you intending to file a motion?  If so, can you please let me know what the motion is and the basis?  And why you are suggesting to file it now?
> Case
>
> Case Collard
> Dorsey & Whitney LLP
> 720 839 4353

2

**From:** Laurie Daniel <laurie.daniel@webbdaniel.law>
**Sent:** Thursday, January 30, 2025 10:55 AM
**To:** Collard, Case <collard.case@dorsey.com>
**Cc:** Wechter, Andrea <wechter.andrea@dorsey.com>; Shoaei, Maral <Shoaei.Maral@dorsey.com>; Oie, Josh <oie.josh@dorsey.com>; Garza, Brittany <Garza.Brittany@dorsey.com>; Jeff Sandman <jeff.sandman@webbdaniel.law>
**Subject:** RE: Conferral - City v Open International - City's Motion to Compel / Rule 26

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Case, we think the City's pending motion to compel is not warranted for the reasons expressed in our opposition papers. And nothing in your reply justifies it, in our opinion. So, I'm writing to ask that the City withdraw the motion. If the City does not wish to withdraw its motion to compel, we plan to ask the court for relief under Fed. R. Civ. P. 26 on Monday at noon Mountain Time. If you want to confer further about this, I'm available anytime today, tomorrow, Saturday, Sunday, and Monday morning. Regards, Laurie

**Laurie Webb Daniel**
WEBB DANIEL FRIEDLANDER LLP
*An Appellate Boutique*
75 14th Street NE
Suite 2450
Atlanta, Georgia 30309
(404) 433-6430 (cell)
www.webbdaniel.law

3