# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION FILE NO.: 21-CV-02063-CNS-SBP

CITY OF FORT COLLINS,

    Plaintiff/Counterclaim Defendant,

v.

OPEN INTERNATIONAL, LLC,

    Defendant/Counterclaim Plaintiff,

and

OPEN INVESTMENTS, LLC,

    Defendant.

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants OPEN INTERNATIONAL, LLC and OPEN INVESTMENTS, LLC.

Respectfully submitted this 28th day of February, 2025.

    */s/ Jonathan Bradley Spital*
    Jonathan Bradley Spital
    WEBB DANIEL FRIEDLANDER LLP
    75 14th Street NE, Suite 2450
    Atlanta, GA 30309
    Telephone: (678) 935-0144
    jonathan.spital@webbdaniel.law
    *Counsel for Open International, LLC and Open Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Case Collard
Andrea Ahn Wechter
Maral J. Shoaei
**DORSEY & WHITNEY LLP**
1400 Wewatta Street, Suite 400
Denver, CO  80202-5549
Tel: (303) 629-3400
Fax: (303) 629-3450
Email: Collard.Case@dorsey.com
Email: Wechter.Andrea@dorsey.com
Email:  Shoaei.Maral@dorsey.com
Attorneys for the City of Fort Collins

*/s/ Jonathan Bradley Spital*
Jonathan Bradley Spital
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE, Suite 2450
Atlanta, GA 30309
Phone: (678) 935-0144
jonathan.spital@webbdaniel.law

*Counsel for Open International, LLC and Open Investments, LLC*

2